IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

JIMMY CHRISTOPHER MCMULLIN
ADC #656736                                                                                  PLAINTIFF

v.                                   No. 2:24-cv-172-DPM

JASON PALMER, Medical Services
Director, Wellpath, ADC; AUNDREA
CULCLAGER, Medical Director,
Wellpath, ADC; NEWELL, Sgt. Security
for Infirmary/Medical, East Arkansas
Regional Unit, ADC; and DOE,
Supervisor, East Arkansas Regional
Unit, ADC                                                                                    DEFENDANTS

ORDER

McMullin has moved for more time to object to Magistrate Judge Volpe's recommendation, *Doc. 4*. The Court, however, received his objection—dated 15 October 2024—earlier this week. *Doc. 7*. His motion for more time, *Doc. 5*, is therefore denied as moot. The Court will rule on the recommendation in due course.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

30 October 2024