IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

JIMMY CHRISTOPHER MCMULLIN
ADC #656736                                                              PLAINTIFF

v.                          No. 2:24-cv-172-DPM

JASON PALMER, Medical Services
Director, Wellpath, ADC; AUNDREA
CULCLAGER, Medical Director, Wellpath,
ADC; NEWELL, Sgt., Security for
Infirmary/Medical, East Arkansas Regional
Unit, ADC; and DOE, Supervisor, East
Arkansas Regional Unit, ADC                                              DEFENDANTS

ORDER

On *de novo* review, the Court adopts Magistrate Judge Volpe's recommendation, *Doc. 4*, and overrules McMullin's objections, *Doc. 7*. Fed. R. Civ. P. 72(b)(3). Injury could have resulted from McMullin's post-surgery cell conditions; but, fortunately, none did. McMullin's complaint will be dismissed without prejudice. An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

18 November 2024