IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

JIMMY CHRISTOPHER MCMULLIN
ADC #656736                                                                    PLAINTIFF

v.                          No. 2:24-cv-172-DPM

JASON PALMER, Medical Services
Director, Wellpath, ADC; AUNDREA
CULCLAGER, Medical Director, Wellpath,
ADC; NEWELL, Sgt., Security for
Infirmary/Medical, East Arkansas Regional
Unit, ADC; and DOE, Supervisor, East
Arkansas Regional Unit, ADC                                                    DEFENDANTS

## JUDGMENT

McMullin's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

18 November 2024